## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00648-WYD-BNB

BARBARA MAHER,

       Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC, a Delaware limited liability company,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

       COMES NOW the Plaintiff, Barbara Maher, by and through her attorney, David M. Larson, and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Plaintiff will be filing a Notice of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The Plaintiff expects this to happen by May 16, 2008.

Dated: May 8, 2008.

Respectfully Submitted,

 s/ David M. Larson             
David M. Larson, Esq.
405 S. Cascade Avenue Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff